931 A.2d 594

IN THE MATTER OF THOMAS G. FREY, AN ATTORNEY
AT LAW (ATTORNEY NO. 007671989).

September 24, 2007.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–122, concluding that **THOMAS G. FREY** of **METUCHEN**, who was admitted to the bar of this State in 1989, should be reprimanded for violating *RPC* 1.15(a)(failure to safe-

guard third party funds), *RPC* 4.1(a)(1)(false statement of material fact or law to a third person), RPC 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation), and *RPC* 8.4(d)(conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **THOMAS G. FREY** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.